UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

RONALD DAVIS,

      Plaintiff,

v.                                           Case No.: _____

CAPIO PARTNERS, LLC,

      Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Capio Partners, LLC ("Capio"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Nineteenth Judicial Circuit, in and for Indian River County, Florida, to the United States District Court for the Southern District of Florida, Fort Pierce Division. The removal of this civil case is proper because:

1. Capio is the named defendant in this civil action filed by plaintiff, Ronald Davis ("plaintiff"), in the County Court of the Nineteenth Judicial Circuit, in and for Indian River County, Florida, titled *Ronald Davis v. Capio Partners, LLC,* CASE NO: 312021SC001384 (hereinafter the "State Court Action").

2. Capio removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Capio has timely filed this Notice of Removal. Capio was served with plaintiff's Complaint on July 28, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by Capio.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Nineteenth Judicial Circuit, in and for Indian River County, Florida.

WHEREFORE, Defendant, Capio Partners, LLC, hereby removes to this Court the State Court Action.

Dated: August 19, 2021

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Capio Partners, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Benjamin W. Raslavich, Esq.<br>
Clayton T. Kuhn, Esq.<br>
Kuhn Raslavich, P.A.<br>
2110 West Platt Street<br>
Tampa, Florida 33606<br>
ben@thekrfirm.com<br>
clay@thekrfirm.com<br>
servicel@thekrfirm.com

*/s/ Michael P. Schuette*
Attorney