UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

RONALD DAVIS,

        Plaintiff,

                                  Case No. 2:21-cv-14342-DMM

v.

CAPIO PARTNERS, LLC,

        Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Capio Partners, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: September 1, 2021

                                          Respectfully submitted,

                                          */s/ Michael P. Schuette*
                                          Michael P. Schuette, Esq.
                                          Florida Bar No. 0106181
                                          Dayle M. Van Hoose, Esq.
                                          Florida Bar No. 0016277
                                          SESSIONS, ISRAEL & SHARTLE
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, Florida 33618
                                          Telephone: (813) 890-2460
                                          Facsimile: (877) 334-0661
                                          mschuette@sessions.legal
                                          dvanhoose@sessions.legal

*Counsel for Defendant,*
*Capio Partners, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of September 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Benjamin W. Raslavich, Esq.
Clayton T. Kuhn, Esq.
Kuhn Raslavich, P.A.
2110 West Platt Street
Tampa, Florida 33606
ben@thekrfirm.com
clay@thekrfirm.com
service1@thekrfirm.com

*/s/ Michael P. Schuette*
Attorney